Quakertown & Eastern Railroad Company *v.* Guarantors' Liability Indemnity Company of Pennsylvania.

Argued Jan. 28, 1903. Appeal, No. 352, Jan. T., 1902, by Henry C. Terry, from decree of C. P. No. 1, Phila. Co., March Term, 1898, No. 580, dismissing exceptions to auditor's report in case of Quakertown & Eastern Railroad Company v. Guarantors' Liability Indemnity Company of Pennsylvania et al. Before MITCHELL, DEAN, BROWN, MESTREZAT and POTTER, JJ. Reversed.

OPINION BY MR. JUSTICE POTTER, May 25, 1903:

The opinion which has just been filed, Quakertown & E. R. R. Co. v. Guarantors L. I. Co., ante, p. 350, disposes of this appeal. We there held that the court below had no jurisdiction to determine the matter in dispute, but that the questions of fact involved must be submittted to a jury. This appeal is therefore dismissed.